CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Executive Counsel for Program Litigation 1
ERIN HIGHLAND (GA 153550)
Special Assistant United States Attorney
Program Litigation 1
Law and Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(206) 615-2495
erin.highland@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MATTHEW MCCLURE,<br>Plaintiff,<br>vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No. 4:26-cv-02900-HSG<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 7-day extension of time, from July 31, 2026, to August 7, 2026, to respond to Plaintiff's opening brief. Per the procedural order (ECF No. 4), Plaintiff may serve and file a reply brief within 14 days after service of the Commissioner's brief.

This is Defendant's first request for an extension of time and good cause exists for this extension. During the week of July 27, 2026, Defendant's counsel has had to deal with several

unexpected personal and familial matters, including unplanned leave, which has affected her briefing schedule. In addition, Defendant's counsel is a part-time attorney and does not work a 40-hour week.

Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

Respectfully submitted,

Dated: July 29, 2026

*/s/ Jonathan Hart*
JONATHAN HART
(*as authorized via email)
Attorney for Plaintiff

Dated: July 29, 2026

CRAIG H. MISSAKIAN
United States Attorney

MATHEW W. PILE
Executive Counsel for Program Litigation 1

By: s/ *Erin Highland*
Erin Highland
Special Assistant United States Attorney
Program Litigation 1 | Law and Policy

Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 7/29/2026

Haywood S. Gilliam, Jr.
THE HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge