JONATHAN HART, SBN 309749
2150 DWIGHT WAY
BERKELEY, CALIFORNIA 94704
Phone: 510-698-1737
Email: jhart@homelessactioncenter.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MCCLURE,<br>Plaintiff,<br>vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant | Civil No. 4:26-cv-02900-HSG<br><br>STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY BRIEF |

The parties hereby stipulate by Counsel, with the Court's approval as indicated by issuance of the below Order, that Plaintiff shall have a 7-day extension of time to file the reply brief in this Social Security review. The current deadline is August 20, 2026. The new deadline would be August 27, 2026. The undersigned has contacted opposing counsel and they have no objection. This is Plaintiff's first, and only anticipated, request to extend time. Plaintiff earlier stipulated to opposing counsel's 7-day request to extend time. As a result, though, the majority of the reply time falls during an 8-day pre-planned trip, from August 11 through August 19. In addition to having several other upcoming deadlines, Plaintiff's counsel is a managing attorney

at a non-profit that is going through staffing issues, which has increased counsel's job responsibilities. Plaintiff therefore requests a 7-day extension to August 27, 2026.

Respectfully Submitted,

Dated: August 10, 2026.

/s/ *Jonathan Hart*

JONATHAN HART
Attorney for Plaintiff

/s/ *Erin Highland*

ERIN HIGHLAND
**By email authorization on August 10, 2026*
Special Assistant United States Attorney
Attorney for Defendant

ORDER:

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: 8/11/2026

Haywood S. Gilliam, Jr.

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE